

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2023

No. 04-23-01010-CV

**IN RE BAJA FREIGHT, LTD.** and Omar Olvera

Original Mandamus Proceeding[1]

## ORDER

On November 16, 2023, the relators filed an emergency motion for stay pending mandamus. On November 17, 2023, the relators filed a petition for writ of mandamus. On November 20, 2023, the real parties in interest filed a motion to dismiss this proceeding as moot. The relators filed a response to the real parties' motion, and the real parties filed a reply in support of the motion. After considering the relators' petition, the real parties' motion, the relators' response, the real parties' reply, the relators' "Brief on Effect of Removal," the real parties' December 4, 2023 response to the petition, and the mandamus record, we DISMISS the relators' petition for writ of mandamus as moot. The relators' November 16, 2023 emergency motion for stay and the real parties' November 20, 2023 motion to dismiss are DENIED AS MOOT.

It is so **ORDERED** on December 13, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court

[1] This proceeding arises out of Cause No. 2023CVK001858D3, styled *In re Baja Freight Ltd. and Omar Olvera*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.